BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

---

ORIENT OVERSEAS CONTAINER LINE LIMITED,

　　　　　Plaintiff,

v.

SKM METALS PTE LTD.,

　　　　　Defendant.

---

07 Civ. 6919 (JGK)

**NOTICE OF DISMISSAL PURSUANT TO F. R. CIV. P. RULE 41(a)(1) AND ORDER THEREON**

　　　　WHEREAS Plaintiff, ORIENT OVERSEAS CONTAINER LINE LIMITED ("OOCL"), filed a complaint alleging that the defendant SKM METALS PTE LTD. ("SKM") cannot be found within this district, and the Court, having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure existed, issued a process of maritime attachment and garnishment.

　　　　WHEREAS SKM neither answered the Complaint nor appeared in the action.

668671.00601/6613562v.1

NOW OOCL hereby consents to dismiss the action pursuant to F. R. Civ. P. Rule 41(a)(1) and consents to dismissal of the garnishment and attachment orders served on all garnishee banks.

Dated: New York, NY
February 14, 2008

                Respectfully submitted,
                BLANK ROME, LLP
                Attorneys for Plaintiff

                By _____
                Jeremy J.O. Harwood (JH 9012)
                405 Lexington Avenue
                New York, NY 10174
                Tel.: (212) 885-5000

DATED:    New York, NY
            February      , 2008

SO ORDERED

2/15/08

_____
U.S.D.J.