BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORIENT OVERSEAS CONTAINER LINE LIMITED,

    Plaintiff,

v.

SKM METALS PTE LTD.,

    Defendant.

---

07 Civ. 6919 (JGK)

**NOTICE OF DISMISSAL PURSUANT TO F. R. CIV. P. RULE 41(a)(1)**

WHEREAS Plaintiff filed the captioned Complaint and Defendant SKM METALS PTE LTD. has not filed an appearance or answered or moved.

NOW, Plaintiff hereby consents to dismiss the action pursuant to F. R. Civ. P. Rule 41(a)(1) without prejudice and without costs.

Dated: New York, New York
      February 6, 2008

Respectfully submitted

By: _____
Jeremy J.O. Harwood
BLANK ROME LLP
405 Lexington Avenue
New York, NY 10174
*Attorneys for Plaintiff*

So Ordered
/s/ Koeltl
U.S.D.J.
2/15/08

668671.00601/6614109v.1